STATE of Missouri, Respondent,

v.

**Mike Farnan, Appellant.**

**No. WD 66438.**

Missouri Court of Appeals,
Western District.

Oct. 17, 2006.

John R. Brage, Esq., St. Joseph, MO, for Appellant.

Shaun J. Mackelprang, Esq., for Respondent.

Before SMART, P.J., EDWIN H. SMITH and HARDWICK, JJ.

### *ORDER*

PER CURIAM.

Mike Farnan challenges the sufficiency of the evidence to support his conviction for second-degree assault. Upon review of the briefs and the record, we find no error and affirm the conviction. We have provided the parties with a Memorandum explaining the reasons for our decision, because a published opinion would serve no jurisprudential purpose.

AFFIRMED. **Rule 30.25(b).**